| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 11/22/2019 |
|---|---|

------------------------------------------------------------X

YURIY SMOLYAK,

                       Plaintiff,

      -against-                                19-CV-8783 (VEC)

                                                    ORDER

EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS,
INC., TRANS UNION, LLC, and AMERICAN
EXPRESS CO.,

                      Defendants.

------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on November 22, 2019, counsel for Plaintiff and Defendants Experian Information Solutions, Inc. ("Experian") and American Express Co. ("AMEX") appeared for an initial conference; and

      WHEREAS AMEX anticipates making a motion to compel arbitration;

      IT IS HEREBY ORDERED that any motion to compel arbitration must be filed by **December 20, 2019**; any opposition shall be due **January 17, 2020**; and any reply shall be due **January 24, 2020**.

**SO ORDERED.**

Date: November 22, 2019　　　　　　　　　　　　　_____
　　　　New York, New York　　　　　　　　　　　**VALERIE CAPRONI**
　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**