

Edward Y. Kroub – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: Edward@cml.legal | W: cml.legal

November 30, 2019

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/02/2019

<u>VIA ECF</u>

Re:   *Smolyak v. Equifax Information Services, LLC, et al.*, 1:19-cv-08783-VEC

Dear Judge Caproni:

**MEMO ENDORSED**

We represent plaintiff Yuriy Smolyak ("Plaintiff") in the above-referenced matter and write to notify the Court that the Plaintiff has settled with defendant Equifax Information Services, LLC ("Defendant") in this matter on October 29, 2019 (Docket No. 23). Due to the fact that the settlement negotiations and papering of the settlement terms has taken some additional time, the parties respectfully request an additional thirty (30) days to file the stipulation of dismissal with the Court.

Thank you for your time and consideration of the above request.

Respectfully submitted,
 */s/ Edward Y. Kroub*
EDWARD Y. KROUB

cc:   All Counsel of Record (via ECF)

---

The parties' time to re-open the case against Defendant Equifax is extended until **December 20, 2019**.  No further extensions.

SO ORDERED.          Date: 12/2/2019

*[signature]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE